**ORIGINAL**

FLORENCE T. NAKAKUNI 2286
United States Attorney
District of Hawaii

THOMAS A. HELPER 5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Tom.Helper@usdoj.gov

Attorneys for Defendants
WAIANAE COAST COMPREHENSIVE HEALTH
CENTER, AUDREY TALEFF, APRN-Rx,
JEFFREY CHING, M.D.; MARC E.
PATRICK, PA; JOSEPH TURBAN, M.D.;
DAVID R. JONES, M.D.; and ROBERT
BONHAM, M.D.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 24 2010
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARY VANNATTA, ) | CIVIL NO. CV10 00489 BMK |
| Plaintiff, ) | (Civil No. 10-1-1407-06 KKS of the First Circuit, State of Hawaii) |
| vs. ) | |
| WAIANAE COAST COMPREHENSIVE ) HEALTH CENTER; AUDREY TALEFF, ) APRN-Rx; JEFFREY CHING, M.D.; ) MARC E. PATRICK, PA; JOSEPH ) TURBAN, M.D.; DAVID R. JONES, ) M.D.; ROBERT BONHAM, M.D.; and ) DOES 1-100 ) | NOTICE OF REMOVAL OF CIVIL ACTION; EXHIBIT "A"; CERTIFICATION OF FLORENCE T. NAKAKUNI; CERTIFICATE OF SERVICE |
| Defendants. ) | |

NOTICE OF REMOVAL OF CIVIL ACTION

Comes now, WAIANAE COAST COMPREHENSIVE HEALTH CENTER, AUDREY
TALEFF, APRN-Rx, JEFFREY CHING, M.D.; MARC E. PATRICK, PA; JOSEPH

TURBAN, M.D.; DAVID R. JONES, M.D.; ROBERT BONHAM, M.D., by and through their undersigned attorneys, Florence T. Nakakuni, the United States Attorney for the District of Hawaii and Assistant United States Attorney Thomas A. Helper, and set forth the following facts on their behalf:

1. On June 29, 2010, Plaintiff Gary Vannata's Complaint; Summons was filed against Waianae Coast Comprehensive Health Center; Audrey Taleff, APRN-Rx; Jeffrey Ching, M.D.; Marc E. Patrick, PA; Joseph Turban, M.D.; David R. Jones, M.D.; Robert Bonham, M.D., in the Circuit Court of the First Circuit, State of Hawaii. This Circuit Court action is numbered Civil No. 10-1-1407-06 KKS.

2. A copy of Plaintiff's Complaint; Summons relating to the Circuit Court action regarding Waianae Coast Comprehensive Health Center; Audrey Taleff, APRN-Rx; Jeffrey Ching, M.D.; Marc E. Patrick, PA; Joseph Turban, M.D.; David R. Jones, M.D.; Robert Bonham, M.D. was provided to the United States Attorney on July 14, 2010. A copy of Plaintiff's Complaint; Summons is attached hereto as Exhibit "A".

3. In Plaintiff's Complaint, Plaintiff alleges that employees of Waianae Coast Comprehensive Clinic are or may be liable in tort for medical malpractice negligence.

4. This notice of removal is filed pursuant to 28 U.S.C. § 1442(a)(1) and 28 U.S.C. § 233(c).

5. Upon removal of this matter to the United States District Court, the United States of America will substitute the United States of America as the defendant in place of Waianae Coast Comprehensive Health Center, Audrey Taleff, APRN-RX, Jeffrey Ching, M.D., Marc E. Patrick, PA, Joseph Turban, M.D., David R. Jones, M.D. and Robert Bonham, M.D.

6. As noted in the attached declaration of Florence T. Nakakuni, at the time of the incidents alleged in the complaint, defendants Audrey Taleff, APRN-Rx, Jeffrey Ching, M.D., Marc E. Patrick, PA, Joseph Turban, M.D., David R. Jones, M.D., and Robert Bonham, M.D. were acting within the course and scope of their duties as employees of Waianae Coast Comprehensive Health Center, and Waianae Coast Comprehensive Health Center is a federal entity for the purposes of the Federal Tort Claims Act pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n).

WHEREFORE, Defendants Waianae Coast Comprehensive Health Center, Audrey Taleff, APRN-Rx, Jeffrey Ching, M.D., Marc E. Patrick, PA, Joseph Turban, M.D., David R. Jones, M.D. and Robert Bonham, M.D. give notice that the above-action now pending

against them in the Circuit Court of the First Circuit, State of Hawaii, is removed therefrom to this court.

DATED: <u>August 24</u>, 2010, at Honolulu, Hawaii.

> FLORENCE T. NAKAKUNI
> United States Attorney
> District of Hawaii
>
> By _/s/ Thomas A. Helper_
> THOMAS A. HELPER
> Assistant U.S. Attorney
> Attorneys for Defendants
> WAIANAE COAST COMPREHENSIVE
> HEALTH CENTER, AUDREY TALEFF,
> APRN-Rx, JEFFREY CHING, M.D.;
> MARC E. PATRICK, PA; JOSEPH
> TURBAN, M.D.; DAVID R. JONES,
> M.D.; and ROBERT BONHAM, M.D.