ORIGINAL

CHARLES J. FERRERA #3310
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 422
Honolulu, Hawaii 96813
Telephone No. 599-5220

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 17 2010

at 3 o'clock and 10 min P M.
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GARY VANNATTA, | ) | CIVIL NO. CV 10-00489 BMK |
| | ) | |
| Plaintiff, | ) | (Civil No. 10-1-1407-06 KKS of the First |
| | ) | Circuit Court, State of Hawaii) |
| vs. | ) | |
| | ) | PLAINTIFF'S NOTICE OF DISMISSAL; |
| WAIANAE COAST | ) | CERTIFICATE OF SERVICE |
| COMPREHENSIVE HEALTH | ) | |
| CENTER; AUDREY TALEFF, APRN- | ) | |
| Rx; JEFFREY CHING, M.D.; MARC E. | ) | |
| PATRICK, PA; JOSEPH TURBAN, | ) | |
| M.D.; DAVID R. JONES, M.D.; | ) | |
| ROBERT BONHAM, M.D.; and DOES | ) | |
| 1-100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

(22749A)

## NOTICE OF DISMISSAL

Plaintiff, through his undersigned counsel, hereby dismisses this claim. This dismissal is made pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A).

DATED: Honolulu, Hawaii, _____SEP 1 7 2010_____.

_____
CHARLES J. FERRERA
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARY VANNATTA,<br><br>        Plaintiff,<br><br>vs.<br><br>WAIANAE COAST COMPREHENSIVE HEALTH CENTER; AUDREY TALEFF, APRN-Rx; JEFFREY CHING, M.D.; MARC E. PATRICK, PA; JOSEPH TURBAN, M.D.; DAVID R. JONES, M.D.; ROBERT BONHAM, M.D.; and DOES 1-100,<br><br>        Defendants. | CIVIL NO. CV 10-00489 BMK<br><br>(Civil No. 10-1-1407-06 KKS of the First Circuit Court, State of Hawaii)<br><br>CERTIFICATE OF SERVICE |

(22767)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document will be duly served on the following by U.S. mail and/or hand-delivery:

FLORENCE NAKAKUNI, ESQ.
THOMAS HELPER, ESQ.
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Suite 6100
Honolulu, HI 96850

Attorneys for Defendants
WAIANAE COAST COMPREHENSIVE HEALTH CENTER; AUDREY TALEFF, APRN-Rx; JEFFREY CHING, M.D.; MARC E. PATRICK, PA; JOSEPH TURBAN, M.D.; DAVID R. JONES, M.D.; and ROBERT BONHAM, M.D.

DATED:  Honolulu, Hawaii, _____SEP 17 2010_____.

_____
CHARLES J. FERRERA
Attorney for Plaintiff